<u>October 2021</u>

<u>DIP 1:   Account #  XXX6245</u>

<u>Total Cash Receipts</u>

| Date | Amount | Description |
|---|---|---|
| 10/13/2021 | $981.00 | Social Security |
| 10/21/2021 | $54.00 | Social Security |
| 10/04/2021 | $2,278.75 | September 2021 PR |
| 10/29/2021 | $2,278.75 | October 2021 PR |

**Total Deposits = $5,592.50**

<u>Total Cash Disbursements</u>

| Date | Check # | Amount | Description |
|---|---|---|---|
| 10/01/2021 |  | $1.00 | Blue Shield Medical Insurance |
| 10/01/2021 | 1028 | $2,468.02 | Sesloc Residential Mortgage Payment |
| 10/11/2021 | 1029 | $242.68 | PG&E |
| 10/15/2021 | 1030 | $12,357.88 | Sesloc Residential Mortgage Payment - Arrears |
| 10/18/2021 |  | $271.81 | Hartford Ins. – Commercial Property |
| 10/20/2021 | 1031 | $1,200.00 | Morin Brothers Automotive |
| 10/25/2021 |  | $243.03 | Farmers Ins. – Automobile and Residential Property |
| 10/26/2021 | 1032 | $39.77 | So. Cal. Gas |
| 10/29/2021 | 1033 | $43.90 | Atascadero Mutual Water (not cleared yet) |

**Total Disbursements = $16,868.09**

<u>October 2021</u>

<u>DIP 2:   Account #  XXX0147</u>

<u>Total Cash Receipts</u>

| Date | Amount | Description |
|---|---|---|
| 10/04/2021 | $9,250.00 | September 2021 Rent |
| 10/29/2021 | $9,250.00 | October 2021 Rent |

**Total Deposits = $18,500.00**

<u>Total Cash Disbursements</u>

| Date | Check # | Amount | Description |
|---|---|---|---|
| 10/01/2021 | 9090 | $3,822.00 | Sesloc Commercial Mortgage Payment |
| 10/22/2021 | | $8.00 | Bank Service Charge |

**Total Disbursements = $3,830.00**



**MB&T Service Center**
6950 Hollister Ave Suite 102
Goleta, CA 93117

RETURN SERVICE REQUESTED

HENRY ALAN MINARDO
DEBTOR IN POSSESSION
CASE NO.9:21-BK-10275-DS
PO BOX 258
ATASCADERO CA 93423-0258

**Statement Ending 10/28/2021**

Henry Alan Minardo                                      Page 1 of 4
Account Number: XXXXXXXX6245



How can we help you?

- Phone: (800) 348-0146
- Mail: P.O. Box 2460, Santa Barbara, CA 93120-2460
- Online: https://montecito.bank

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Everyday Checking | XXXXXXXX6245 | $30,564.90 |

## Everyday Checking-XXXXXXXX6245

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/29/2021 | Beginning Balance | $44,174.09 |
|  | 3 Credit(s) This Period | $3,313.75 |
|  | 10 Debit(s) This Period | $16,922.94 |
| 10/28/2021 | Ending Balance | $30,564.90 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 10/04/2021 | MOBILE CHECK DEPOSIT | $2,278.75 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 10/13/2021 | SSA TREAS 310 XXSOC SEC XXXXX9375A SSA | $981.00 |
| 10/21/2021 | SSA TREAS 310 XXSOC SEC XXXXX9375A SSA | $54.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/30/2021 | SOCALGAS ARC PYMT 1026 | $42.93 |
| 10/01/2021 | BLUESHIELDCA BILL PAY 16398237991 | $1.00 |
| 10/18/2021 | THE HARTFORD NWTBCLSCIC 15791072 | $271.81 |
| 10/25/2021 | FARMERS INS EFT PYMT A28122070709RBD | $243.03 |
| 10/26/2021 | SOCALGAS ARC PYMT 1032 | $39.77 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1027 | 09/30/2021 | $55.82 | 1029 | 10/15/2021 | $242.68 | 1031 | 10/28/2021 | $1,200.00 |
| 1028 | 10/05/2021 | $2,468.02 | 1030 | 10/18/2021 | $12,357.88 | | | |

* Indicates skipped check number





## Important Information Regarding Your Ready Cash Reserve Account and Other Open-End (Not Home Secured) Lines of Credit

We figure the INTEREST CHARGE on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance", we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.

## Important Information About Your Home Equity Line of Credit

A daily FINANCE CHARGE will be imposed on all credit advances made under your Credit Line imposed from the date of each credit advance based on the "daily balance" method. To get the daily balance, we take the beginning balance of your Credit Line Account each day, add any new advances and subtract any payments or credits. The FINANCE CHARGE on your Credit Line Account is determined by applying the "Periodic Rate" to the balance described here in. Then we add together the periodic FINANCE CHARGES for each day in the billing cycle. This is your FINANCE CHARGE calculated by applying a Periodic Rate.

## Your Billing Rights (Consumer Accounts Only)

**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us at: Montecito Bank & Trust, P.O. Box 2460, Santa Barbara, CA 93120-2460.
In your letter give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## In Case Of Errors Or Questions About Your Electronic Transfers (Consumer Accounts Only)

In case of errors or questions about your electronic transfers telephone us at (805) 963-7511 or (800) 348-0146 or write us at Montecito Bank & Trust, P.O. Box 2460, Santa Barbara CA 93120-2460 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. For consumer and sole proprietorship accounts, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes to complete our investigation. For errors involving new accounts, point of sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

**Please Examine this Statement and Any Enclosed Items At Once. If No Error is Reported Within 30 days, This Statement Will Be Considered Correct. All Items Credited Subject to Final Payment.**

### CHECKING ACCOUNT

*How to balance your checkbook:*
1. Subtract the monthly service charge and any other charges not previously deducted from your checkbook balance.
2. Add to your checkbook balance each Line of Credit Deposit, Automatic Deposit and any interest paid.
3. List and total the amount of all deposits entered in your checkbook that are not shown on the statement provided for "Deposits Not Credited".
4. Compare and check off each paid check against your checkbook record. List and total all checks you have not checked off in the space provided for "Checks Outstanding".
5. Perform the indicated steps in the "Statement Reconciliation" section.

*If your checkbook and bank statement do not balance:*
- Review last month's reconcilement to make sure any differences were corrected.
- Check additions and subtractions in your checkbook.
- Compare the amount of each check and deposit with the amount recorded in your checkbook and on this statement.
- Make sure all outstanding checks have been recorded under "Checks Outstanding".
- Make sure that each paid check listed on your statement has been recorded in your checkbook.
- Make sure that all electronic funds transfer transactions (if any) are listed.

| Deposits Not Credited | | Checks Outstanding | |
|---|---|---|---|
| Date | Amount | Date | Amount |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Total | $ | Total | $ |

| Statement Reconciliation | |
|---|---|
| Statement Ending Balance | $ |
| **Add:** | |
| Deposits Not Credited | +$ |
| Sub-Total | $ |
| **Subtract:** | |
| Checks Outstanding | $ |
| **Total:** | |
| Should Agree With Your Checkbook Balance | $ |

Member FDIC 10/19



**Statement Ending 10/28/2021**

Henry Alan Minardo   Page 3 of 4
Account Number: XXXXXXXX6245

## Everyday Checking-XXXXXXXX6245 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/30/2021 | $44,075.34 | 10/13/2021 | $44,866.07 | 10/25/2021 | $31,804.67 |
| 10/01/2021 | $44,074.34 | 10/15/2021 | $44,623.39 | 10/26/2021 | $31,764.90 |
| 10/04/2021 | $46,353.09 | 10/18/2021 | $31,993.70 | 10/28/2021 | $30,564.90 |
| 10/05/2021 | $43,885.07 | 10/21/2021 | $32,047.70 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Register for online banking by going to https://montecito.bank



**Montecito Bank & Trust**

MB&T Service Center
6950 Hollister Ave Suite 102
Goleta, CA 93117

RETURN SERVICE REQUESTED

HENRY ALAN MINARDO
DEBTOR IN POSSESSION
CASE NO.9:21-BK-10275-DS
PO BOX 258
ATASCADERO CA 93423-0258

**Statement Ending 10/22/2021**

Henry Alan Minardo
Account Number: XXXXXXXX0147

Page 1 of 4

### How can we help you?

| | | |
|---|---|---|
| Phone | | (800) 348-0146 |
| Mail | | P.O. Box 2460, Santa Barbara, CA 93120-2460 |
| Online | | https://montecito.bank |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Everyday Checking | XXXXXXXX0147 | $5,520.00 |

## Everyday Checking-XXXXXXXX0147

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/24/2021 | Beginning Balance | $100.00 |
| | 1 Credit(s) This Period | $9,250.00 |
| | 2 Debit(s) This Period | $3,830.00 |
| 10/22/2021 | Ending Balance | $5,520.00 |
| | Service Charges | $8.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| ✓ 10/04/2021 | MOBILE CHECK DEPOSIT | $9,250.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| ✓ 10/22/2021 | SERVICE CHARGE | $8.00 |

### Checks Cleared

| | Check Nbr | Date | Amount |
|---|---|---|---|
| ✓ | 9090 | 10/05/2021 | $3,822.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/04/2021 | $9,350.00 | 10/05/2021 | $5,528.00 | 10/22/2021 | $5,520.00 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



EQUAL HOUSING LENDER · Member FDIC



### Important Information Regarding Your Ready Cash Reserve Account and Other Open-End (Not Home Secured) Lines of Credit
We figure the INTEREST CHARGE on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance", we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.

### Important Information About Your Home Equity Line of Credit
A daily FINANCE CHARGE will be imposed on all credit advances made under your Credit Line imposed from the date of each credit advance based on the "daily balance" method. To get the daily balance, we take the beginning balance of your Credit Line Account each day, add any new advances and subtract any payments or credits. The FINANCE CHARGE on your Credit Line Account is determined by applying the "Periodic Rate" to the balance described here in. Then we add together the periodic FINANCE CHARGES for each day in the billing cycle. This is your FINANCE CHARGE calculated by applying a Periodic Rate.

### Your Billing Rights (Consumer Accounts Only)
What To Do If You Think You Find A Mistake On Your Statement: If you think there is an error on your statement, write to us at: Montecito Bank & Trust, P.O. Box 2460, Santa Barbara, CA 93120-2460.
In your letter give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### In Case Of Errors Or Questions About Your Electronic Transfers (Consumer Accounts Only)
In case of errors or questions about your electronic transfers telephone us at (805) 963-7511 or (800) 348-0146 or write us at Montecito Bank & Trust, P.O. Box 2460, Santa Barbara CA 93120-2460 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. For consumer and sole proprietorship accounts, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes to complete our investigation. For errors involving new accounts, point of sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

**Please Examine this Statement and Any Enclosed Items At Once. If No Error is Reported Within 30 days, This Statement Will Be Considered Correct. All Items Credited Subject to Final Payment.**

### CHECKING ACCOUNT

*How to balance your checkbook:*
1. Subtract the monthly service charge and any other charges not previously deducted from your checkbook balance.
2. Add to your checkbook balance each Line of Credit Deposit, Automatic Deposit and any interest paid.
3. List and total the amount of all deposits entered in your checkbook that are not shown on the statement provided for "Deposits Not Credited".
4. Compare and check off each paid check against your checkbook record. List and total all checks you have not checked off in the space provided for "Checks Outstanding".
5. Perform the indicated steps in the "Statement Reconciliation" section.

*If your checkbook and bank statement do not balance:*
- Review last month's reconcilement to make sure any differences were corrected.
- Check additions and subtractions in your checkbook.
- Compare the amount of each check and deposit with the amount recorded in your checkbook and on this statement.
- Make sure all outstanding checks have been recorded under "Checks Outstanding".
- Make sure that each paid check listed on your statement has been recorded in your checkbook.
- Make sure that all electronic funds transfer transactions (if any) are listed.

| Deposits Not Credited | | Checks Outstanding | |
|---|---|---|---|
| Date | Amount | Date | Amount |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Total | $ | Total | $ |

Statement Reconciliation
Statement Ending Balance                                  $
Add:
Deposits Not Credited                                     +$
Sub-Total                                                 $
Subtract:
Checks Outstanding                                        $
Total:
Should Agree With Your Checkbook Balance                  $

Member FDIC 10/19



**Statement Ending 10/22/2021**

Henry Alan Minardo　　　　　　　　　　Page 3 of 4
Account Number:XXXXXXXX0147

## Everyday Checking-XXXXXXXX0147 (continued)

**Service Charge Summary**

| Description | Amount |
| --- | --- |
| TOTAL MAINTENANCE FEE: | $8.00 |
| Total Service Charge | $8.00 |

Register for online banking by going to https://montecito.bank